UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOWELL T. CORMIER, *et al.*,

    Plaintiffs,

    v.

DISCOVER BANK, *et al.*,

    Defendants.

Case No. C04-2537L

SUPPLEMENTAL ORDER REGARDING REQUEST FOR SANCTIONS

This matter comes before the Court on a motion for sanctions filed by defendant Discover Financial Services, Inc. (Dkt. #62). In an order dated September 16, 2005, the Court granted Discover's motion for summary judgment, granted their motion for monetary sanctions, and deferred ruling on its request that the Court enter a bar order permanently enjoining plaintiffs from filing any liens against Discover or maintaining any actions against it arising out of plaintiffs' Discover Bank credit card debt. The Court deferred ruling on the bar order issue until after it had ruled on the pending dispositive motions in the two related cases. (Dkt. #75).

Now that the Court has dismissed all of plaintiffs' claims against Discover and all remaining defendants, Discover has renewed its request for a bar order. Although the Court found that plaintiffs' conduct was sanctionable, it does not find that entry of a bar order is

SUPPLEMENTAL ORDER REGARDING
REQUEST FOR SANCTIONS - 1

1 appropriate at this time.

2 Accordingly, the Court DENIES Discover's request for a bar order. Of course, Discover
3 may make a new request if plaintiffs initiate any additional legal proceedings against it.

5 DATED this 4th day of November, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

SUPPLEMENTAL ORDER REGARDING
REQUEST FOR SANCTIONS - 2